UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRITTANY DUCRE AND WILLIAM DUCRE | * | CIVIL ACTION NO: |
| | * | |
| | * | SECTION: |
| versus | * | |
| | * | |
| FAMILY DOLLAR STORES OF LOUISIANA, INC. and XYZ INSURANCE COMPANY | * | JUDGE: |
| | * | |
| | * | DIVISION: |
| | * | |
| | | MAGISTRATE: |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>PETITION FOR DAMAGES</u>**

The petition of Brittany Ducre, a person of the full age of majority and a resident of the Parish of St. Tammany and William Ducre, a person of the full age of majority and a resident of the Parish of St. Tammany, respectfully represent that:

I.

Made Defendants herein are:

1. Family Dollar Stores of Louisiana, Inc., a corporation located, licensed and doing business in the Parish of St. Tammany, State of Louisiana; and

2. XYZ Insurance Company, a foreign insurance company licensed to do and doing business in the Parish of Orleans, State of Louisiana.

II.

On or about the 4th day of March, 2017, your petitioner, Brittany Ducre, was a customer at defendant, Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar Store #07705, located at 733 Brownswitch Road, Slidell, Louisiana 70125.  Your Petitioner was a customer at the Family Dollar Store #07705, was entering the store when she tripped over uneven concrete and fell to the

ground.  The fall caused significant injuries and damages to your petitioner.

III.

At all times relevant herein, defendant, XYZ Insurance Company, provided a policy of liability insurance to defendant, Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar Store #07705, and are therefore liable for any negligence on behalf of Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar Store #07705.

IV.

As a result of said accident, Brittany Ducre, petitioner herein, was caused severe, painful and disabling personal injuries to her arm, back and her entire body.

V.

The above-described accident and ensuing injuries to your petitioner was caused by the negligence and/or strict liability of defendants, Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar Store #07705 and XYZ Insurance Company in the following but not necessarily exclusive, acts:

1. Failure to properly maintain its premises;
2. Failure to properly train its employees;
3. Failure to properly supervise its employees;
4. Failure to adequately inspect property and/or premises;
5. Failure to correct a known defective/hazardous condition;
6. Failure to warn of a defective/hazardous condition;
7. Any and all other acts of negligence which will be proved at the trial hereof.

VI.

As a result of defendants negligence enumerated herein above, Brittany Ducre, is entitled

to reasonable damages and herewith itemizes her damages as follows:

1. Past, present, and future physical and mental pain and suffering and disability;

2. Medical expenses, past and future;

3. Scarring and disfigurement;

4. Loss of enjoyment of life;

5. Disability and loss of function;

6. Any and all other damages which will be proved at the trial hereof.

## VII.

As a result of the defendants' negligence enumerated hereinabove, petitioner, William Ducre, is entitled to reasonable damages, and herewith itemizes his damages as follows:

1. Loss of enjoyment of life;
2. Disability and loss of function;
3. Loss of love and affection;
4. Loss of consortium.

## VIII.

Petitioners aver amicable demand without avail.

## IX.

Petitioners herein, Brittany Ducre and William Ducre, pursuant to L.C.C.P. Article 1572, ask this Court for written notice ten (10) days in advance of the date fixed for the Trial or hearing of any Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding, pursuant to L.C.C.P. Articles 1913 and 1914, requests immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceeding.

WHEREFORE, your petitioners, Brittany Ducre and William Ducre, pray that defendants

be duly served and cited to appear and answer this petition; all as provided by law; that after all legal delays and due proceedings had, there be judgment herein jointly, severally and in solido against the defendants, Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar Store #07705 and in favor of petitioner herein, for reasonable damages, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

                                             RESPECTFULLY SUBMITTED,

                                             */s/ John D. Sileo*
John D. Sileo (La. Bar No.: 17797)
Casey W. Moll (La. Bar No.: 35925)
320 N. Carrollton Ave., Suite 101
New Orleans, LA 70119
Telephone:  (504) 486-4343
Attorneys for Plaintiffs,
Brittany Ducre and William Ducre