UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRITTANY DUCRE, ET AL | * | CIVIL ACTION |
| | * | No. 18-2308 |
| Plaintiff, | * | JUDGE: |
| | * | MAGISTRATE: |
| VS. | * | |
| | * | |
| | * | **JURY TRIAL** |
| FAMILY DOLLAR STORES | * | |
| OF LOUISIANA, INC. | * | |
| | * | |
| | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **THIRD SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Brittany Ducre and William Ducre, through their counsel of record, who seek to file this third supplemental and amending Petition for Damages as follows:

1.

Plaintiffs' supplement and amend their original Petition for Damages by supplementing and amending Paragraph I of their Original Petition for Damages, to read as follows:

"I.

Made defendant herein is:

a) Family Dollar Stores of Louisiana, Inc., a corporation located, licensed and doing business in the Parish of St. Tammany, State of Louisiana;
b) XYZ Insurance Company, a foreign insurance company licensed to do and doing business in the Parish of St. Tammany, State of Louisiana;
c) Clearbrook, LLC, a corporation located, licensed and doing business in the Parish of St. Tammany, State of Louisiana;
d) ABC Insurance Company, a foreign insurance company licensed to do and doing business in the Parish of St. Tammany, State of Louisiana;
e) Slidell Properties, LLC, a corporation located, licensed and doing business ina the Parish of St. Tammany, State of Louisiana;

> f) DEF Insurance Company, a foreign insurance company licensed to do and doing business in the Parish of St. Tammany, State of Louisiana."

2.

By adding Paragraph II (b) to the Original Petition for Damages to read as follows:

"II(b).

Upon information and belief, defendant, Slidell Properties, LLC, was the owner/landlord for the property located at 733 Brownswitch Road, Slidell, Louisiana 70125, and is therefore vicariously liable for any and all negligence on said property."

3.

By adding Paragraph III (b) to the Original Petition for Damages to read as follows:

"III (b).

At all times relevant here, defendant, DEF Insurance Company, provided a policy of liability insurance to defendant, Slidell Properties, LLC, and is therefore liable for any negligence on behalf of Slidell Properties, LLC."

4.

By adding Paragraph V (b) to the Original Petition for Damages to read as follows:

"V (b).

The above described accident and ensuing injuries to your petitioner was caused by the negligence and/or strict liability of defendants, Slidell Properties, LLC and DEF Insurance Company, in the following but not necessarily exclusive, acts:

1. Failure to properly maintain its premises;
2. Failure to adequately inspect property and/or premises;
3. Failure to correct a known defective/hazardous condition;
4. Failure to warn of a defective/hazardous condition;
5. Failure to properly train its employees;

6. Failure to properly supervise its employees;
7. Any and all other acts of negligence which will be proved at the trial of this matter.

6.

By supplementing and amending the WHEREFORE paragraph of Plaintiff's Original Petition for Damages, to read as follows:

"WHEREFORE, your petitioners, Brittany Ducre and William Ducre, pray that defendants be duly served and cited to appear and answer this petitioner, all as provided by law, that after all legal delays and due proceedings had, there be judgment herein jointly, severally and in solido against the defendants, Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar Store #07705, XYZ Insurance Company, Clearbrook, LLC, ABC Insurance Company, Slidell Properties, LLC and DEF Insurance Company, and in favor of petitioner herein, for reasonable damages, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief."

Respectfully submitted,

s:/ John D. Sileo
JOHN D. SILEO (LA. BAR NO.: 17797)
320 N. CARROLLTON AVENUE, #101
NEW ORLEANS, LOUISIANA 70119
TEL: 504-486-4343
FAX: 504-297-1249

Please serve:

Third Supplemental and Amending Complaints for Damages,
Family Dollar Stores of Louisiana, Inc.
Through its counsel of record,
Jack E. Truitt, Esq.
Peter M. Gahagan, Esq.
The Truitt Law Firm
149 North New Hampshire Street
Covington, LA 70433

Original, First, Second and Third Supplemental and Amended Complaints
Slidell Properties, LLC
Through its registered agent for service of process,
National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, LA 70816