MINUTE ENTRY
MORGAN, J.
November 4, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRITTANY DUCRE, ET AL.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2308** |
| **FAMILY DOLLAR STORES OF LOUISIANA, INC., ET AL.,**  Defendants | **SECTION: "E" (5)** |

## MINUTE ENTRY

A telephone status conference was held on November 4, 2019 at 5:00 p.m. in the chambers of Judge Susie Morgan.

Present:   John Sileo, counsel for Plaintiffs, Brittany Ducre and William Ducre; Jack Truitt, counsel for Defendant, Family Dollar Stores of Louisiana, Inc.; Thomas Barnett, counsel for Defendant, Slidell Properties, LLC.

Plaintiff moved to dismiss its claims against Defendant Clearbrook, LLC, with prejudice. The Court **GRANTED** this motion. Plaintiff's claims against Defendant Clearbrook, LLC are hereby **DISMISSED WITH PREJUDICE**.

The Court discussed with the parties Defendant Family Dollar Stores of Louisiana, Inc.'s ("Family Dollar's") pending Motion to Extend Discovery Deadlines.[1] The motion is **GRANTED IN PART**, to the extent that the Plaintiff's deadline to file an opposition, if any, to Family Dollar's pending motion for summary judgment[2] is extended to **Tuesday,**

---

[1] R. Doc. 54.
[2] R. Doc. 48.

**November 19, 2019 at 5:00 p.m.** Family Dollar's reply, if any, is due no later than **Monday, November 26, 2019 at 5:00 p.m.** The motion[3] is **DENIED IN PART**, to the extent that all other deadlines will remain the same.

**New Orleans, Louisiana, this 5th day of November, 2019.**

*Susie Morgan*
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

JS10 (0:12)

---

[3] R. Doc. 54.