UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRITTANY DUCRE, ET AL** | * | **CIVIL ACTION NO. 2:18-CV-2308** |
| | * | |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **FAMILY DOLLAR STORES** | * | **MAGISTRATE JUDGE** |
| **OF LOUISIANA, INC.** | * | **MICHAEL NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Slidell Properties, LLC, who moves for summary judgment in this matter for the same reasons asserted by Family Dollar Stores in its Motion for Summary Judgment.  Summary judgment is appropriate in this matter because there is no evidence that defendants either knew or should have known of the allegedly dangerous condition. Further, Plaintiff testified that she did not know what caused her to fall, so she will be unable to meet her burden of proving causation. Finally, the allegedly defective condition does not present an unreasonable danger, as a matter of law.

Accordingly, it is respectfully submitted that defendants are entitled to judgment as a matter of law, all as more fully set forth in Family Dollar's memorandum in support of its Motion for Summary Judgment and the exhibits attached thereto.

Respectfully submitted,

LAW OFFICES OF JULIE E. VAICIUS

/s/*Thomas H. Barnett*
THOMAS H. BARNETT, T.A.
Bar No. 23637
JULIE E. VAICIUS
Bar No. 27456
3900 N. Causeway Blvd., Suite 1040, Metairie, LA. 70002
Phone: (504) 836-2771
Fax: (877) 369-4892
Thomas.Barnett@theHartford.com
Julie.Vaicius@theHartford.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon all counsel of record through the CM/ECF system, email, facsimile or mail, this the 9th day of December, 2019.

/s/*Thomas H. Barnett*