MINUTE ENTRY
NORTH, M.J.
DECEMBER 17, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRITTANY DUCRE, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 18-2308 |
| FAMILY DOLLAR STORES OF LOUISIANA, INC., ET AL. | SECTION: "E"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

      PRESENT:    John Sileo        Thomas Barnett
                                                Lauren Duncan

Negotiations were successful and resulted in the settlement of Plaintiffs' claims; the material terms of the settlement agreement were memorialized on the record (Court Reporter: Sandra Minutillo).

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

                                                                MICHAEL B. NORTH
                                            UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE SUSIE MORGAN

MJSTAR (01:30)