## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRITTANY DUCRE AND WILLIAM DUCRE** | * | **CIVIL ACTION NO. 18-2308** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE: SUSIE MORGAN** |
| | * | |
| **FAMILY DOLLAR STORES OF LOUISIANA,** | * | |
| **INC. ET AL** **Defendants** | * | **MAGISTRATE JUDGE MICHAEL B.** |
| | * | **NORTH** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing;

**IT IS ORDERED, ADJUDGED AND DECREED,** that the above captioned and numbered matter be and the same is hereby dismissed, with prejudice, as to defendant, Family Dollar Stores of Louisiana, Inc., each party to bear its own costs and attorney's fees.

New Orleans, Louisiana, this ___14th___ of ___February___, 2020.

_____
**THE HONORABLE SUSIE MORGAN**